UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
―――――

RONNIE BOONE,

        Plaintiff,                    Case No. 1:20-cv-10

v.                                        Honorable Janet T. Neff

MATT MACAULEY et al.,

        Defendants.
_____/

## ORDER GRANTING MOTION TO FILE AN AMENDED COMPLAINT

        This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. All civil rights complaints brought by prisoners must be submitted on the form provided by this Court. *See* W.D. Mich. LCivR 5.6(a). Plaintiff failed to file his complaint on the requisite form. In addition, Plaintiff has now filed a motion to amend his complaint. (ECF No. 5.) In Plaintiff's motion, which was filed on March 9, 2020, he seeks to drop Mary R. Corning as a defendant, and to add Peter Sices as a defendant. Plaintiff also states that he would like to add new allegations in support of his claim against Peter Sices, but fails to include those allegations in his motion. Finally, Plaintiff states that he would like to add step III grievance responses to IBC-1910-2376-12F3 and IBC-1910-2376-28e as exhibits to his complaint. (*Id.*) Plaintiff has failed to include a proposed amended complaint with his motion to amend.

        The Court will grant Plaintiff's motion to amend his complaint (ECF No. 5). The Court directs the Clerk to send to Plaintiff a copy of the form complaint under 42 U.S.C. § 1983 for a civil action by a person in state custody. Plaintiff shall submit an amended complaint by filing his complaint on the requisite form within twenty-eight (28) days from the date of entry of

this order. The amended complaint will take the place of the original complaint, so it must include all of the Defendants that Plaintiff intends to sue and all of the claims that Plaintiff intends to raise. Plaintiff need not re-submit supporting exhibits filed with the original complaint. The case number shown above must appear on the front page of the amended complaint. If Plaintiff fails to submit an amended complaint in proper form within the time allowed, the Court will screen his complaint as it was originally filed.

**IT IS SO ORDERED**.

Dated: April 10, 2020                                               /s/ Ray Kent
                                                                    United States Magistrate Judge