UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONNIE BOONE,

      Plaintiff,

                                        Case No. 1:20-cv-10

v.

                                        HON. JANET T. NEFF

MATT MACAULEY, et al.,

      Defendants.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed under 42 U.S.C. § 1983.  Defendant Gibson filed a Motion for Summary Judgment (ECF No. 28).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 16, 2021 (ECF No. 37), recommending that this Court deny the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 37) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Gibson's Motion for Summary Judgment (ECF No. 28) is DENIED.

Dated:  December 14, 2021                          /s/Janet T. Neff
                                                            JANET T. NEFF
                                                             United States District Judge